# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANKIE BONILLA, | No. 4:18-CV-02343 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Mehalchick) |
| KEIFER BATHGATE, *et al.*, | |
| Defendants. | |

## ORDER

### APRIL 30, 2019

1. On December 7, 2018, Plaintiff filed a Complaint. ECF No. 1.

2. On March 6, 2019, Magistrate Judge Karoline Mehalchick screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and accordingly entered a Report and Recommendation. ECF No. 10.

3. Neither party has objected to that recommendation.

4. This Court has reviewed Magistrate Judge Mehalchick's Report and Recommendation and has determined that "there is no clear error on the face of the record."[1]

---

[1] *See Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) ("When no timely objection is filed [to a Report and Recommendation], the court need only satisfy itself that there is no clear error on the face of the record in order to accept" it.).

5.  Therefore, **IT IS HEREBY ORDERED** that:

    a.  Magistrate Judge Mehalchick's Report and Recommendation, ECF No. 10, is **ADOPTED IN IS ENTIRETY.**

    b.  Plaintiff is **GRANTED LEAVE** to file an amended complaint on or before May 31, 2019.

    c.  The matter is **REMANDED** to Magistrate Judge Mehalchick for further proceedings.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge