# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANKIE BONILLA, | No. 4:18-CV-02343 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Mehalchick) |
| KEIFER BATHGATE and MICHAEL VOGNETZ, | |
| Defendants. | |

## ORDER

### JUNE 26, 2019

On June 4, 2019, Magistrate Judge Karoline Mehalchick recommending dismissing Frankie Bonilla's claims and closing this case. No timely objections were filed to this Report and Recommendation. Finding no clear error on the face of the record, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation, ECF No. 15, is **ADOPTED IN ITS ENTIRETY**.

2. Mr. Bonilla's Complaint, ECF No. 1, is **DISMISSED**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge